AO 187 (Rev. 7/87) Exhibit and List

# United States District Court

SOUTHERN DISTRICT OF FLORIDA-MIAMI DIVISION

| | |
|---|---|
| MARIA T. SERRATO AZAATH,<br><br>    Plaintiff,<br><br>vs.<br><br>MORAL HOME SERVICES, INC. d/b/a ASSISTING HANDS HOME CARE and ARMANDO MORALES ROSE,<br><br>    Defendants.<br>_____/ | **PLAINTIFF'S WITNESS LIST**<br><br>CASE NO.: 16-CV-22851-GAYLES/TURNOFF |

| PRESIDING JUDGE<br>HONORABLE<br>DARRIN P. GAYLES | PLAINTIFF'S ATTORNEY<br>FAIRLAW FIRM<br>Brian H. Pollock, Esq.<br>7300 N. Kendall Drive<br>Suite 450<br>Miami, FL 33156 | DEFENDANT'S ATTORNEY<br>ENA T. DIAZ, P.A.<br>Ena T. Diaz, Esq.<br>999 Ponce De Leon Blvd.<br>Suite 720<br>Coral Gables, FL 33134 |
|---|---|---|
| TRIAL DATE(S)<br>August 21, 2017 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO | DEF .NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* |
|---|---|---|---|---|---|
| 1 | | | | | Plaintiff, Maria T. Serrato Azaath- c/o Plaintiff's Counsel |
| 2 | | | | | Brian H. Pollock, Esq. - c/o Plaintiff's Counsel |
| 3 | | | | | Corporate Representative of Defendant – c/o Defendants' Counsel |
| 4 | | | | | Defendant, Armando Morales Rose – c/o Defendants' counsel |
| 5 | | | | | Trinidad Villazon – c/o Defendants' Counsel |
| 6 | | | | | Luz Zuluoaga – c/o Defendants' Counsel |
| 7 | | | | | Margot Chapman – c/o Defendants' Counsel |
| 8 | | | | | Elizabeth Varela – c/o Defendants' Counsel |
| 9 | | | | | Marisol Rios – c/o Defendants' Counsel |
| 10 | | | | | Milagros Garcia – c/o Defendants' Counsel |
| 11 | | | | | Maria Elena Arrollade – c/o Defendants' Counsel |
| 12 | | | | | Rebuttal / Impeachment witnesses |
| | | | | | Discovery Continues |

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFIES that a true and correct copy of the foregoing was served through filing in the U.S. District Court's CM/EDF System on this <u>9th</u> day of December, 2016 which will effect service on Ena T. Diaz, Esq., ediaz@enadiazlaw.com, ENA T. DIAZ, P.A., as *Counsel for Defendants*, 999 Ponce De Leon Blvd., Suite 720, Coral Gables, FL 33134.

FAIRLAW FIRM
*Counsel for Plaintiff*
7300 N. Kendall Drive
Suite 450
Miami, FL 33156
Tel:   305.230.4884
Fax:   305.230.4844

s/*Brian H. Pollock, Esq.*
Brian H. Pollock, Esq.
Fla. Bar No. 174742
brian@fairlawattorney.com